UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


KIMBERLY REEVES                       )
                  Plaintiff,          )
                                      )
v.                                    )          **JUDGMENT**
                                      )
                                      )          No.  5:23-CV-428-FL
MARTIN O'MALLEY, Commissioner of      )
the Social Security Administration    )
                  Defendant.          )


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for
consideration of plaintiff's consent motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered
April 29, 2024,  that defendant pay to plaintiff $6,000.00 in attorney's fees, in full satisfaction of any
and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on April 29, 2024, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Cassia Parson (via CM/ECF Notice of Electronic Filing)


April 29, 2024                    PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collns, Deputy Clerk